IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LEROY WHITTY, JR.,

      Petitioner,

v.                                                                    Case No.  5D16-2213

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed July 15, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

James Purdy, Public Defender, and C.
Crawford Pierce, IV, Assistant Public
Defender, St. Augustine, for Petitioner.

No appearance for Respondent.


PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall be filed

with the trial court and be treated as the notice of appeal from the May 5, 2016,

judgment and sentence in Case No. 2015-00354-CF, in the Circuit Court in and for St.

Johns County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

SAWAYA, COHEN, LAMBERT,  JJ., concur.